# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1702
Lower Tribunal No. 22-CA-494-K
_____

**Michael R. Deegan Revocable Trust**,
Appellant,

vs.

**City of Key West**,
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

VDF Law, PLLC, and Van D. Fischer, for appellant.

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., and Hudson C. Gill (Fort Lauderdale), for appellee.

Before FERNANDEZ, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.